UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDALL GARLAND,<br>              Plaintiff,<br><br>          v.<br><br>PROBATION OFFICER AGENT<br>DAVID KNORR, PROBATION<br>SUPERVISOR MICHAEL HERNANDEZ,<br>and the CITY OF PHILADELPHIA,<br>              Defendants. | No. 2:19-cv-2996 |

**O R D E R**

**AND NOW**, this 5th day of June, 2020, upon consideration of (1) the City of Philadelphia's motion to dismiss the Plaintiff's Amended Complaint, *see* ECF No. 17, and (2) Defendants David Knorr and Michael Hernandez's motion to dismiss the Amended Complaint, *see* ECF No. 28, and for the reasons set forth in the Opinion issued on this date, **IT IS HEREBY ORDERED THAT:**

1. The City of Philadelphia's motion to dismiss, ECF No. 17, is **GRANTED**.

2. The Amended Complaint is **DISMISSED, without prejudice**, as to the City; Plaintiff Kendall Garland shall have an opportunity to file a Second Amended Complaint within thirty (30) days of this Order. Should he choose to file one, the Second Amended Complaint must be in strict compliance with the directives set forth in the Opinion adjoining this Order.[1]

3. The Individual Defendants' motion to dismiss, ECF No. 28, is **GRANTED.**

4. The Amended Complaint is **DISMISSED, with prejudice**, as to the Individual Defendants, and they are **TERMINATED** as parties to this case.

                                    BY THE COURT:

                                    */s/ Joseph F. Leeson, Jr.*
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge

---

[1] Should Garland not file a Second Amended Complaint, this case will be closed.