IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kendall Garland          :

v.                       :

Knorr                    :

## Notice of Appeal

Plaintiff in the above captioned matter, Kendall Garland, hereby gives notice of appeal to the Third Circuit from the Order entered in this matter by the Court on 6/5/20.

Respectfully submitted

*Kendall Garland*

Kendall Garland
315 S. Broad Street
Philadelphia, PA 19107
June 14, 2020

# Certificate of Service

I, Kendall Garland, certify that the enclosed motion for reconsideration was served on the parties by first class mail as set forth below on 6/15/20:
(and also the notice of appeal)

Office of the Attorney General
1600 Arch Street
Third Floor
Philadelphia, PA 19103

City of Philadelphia
Law Department
Civil Rights Unit, 14th Floor
Philadelphia, PA 19102

Respectfully submitted,
Kendall Garland

Plaintiff, pro se
315 S. Broad Street
Philadelphia, PA 19107
June 15, 2020